

# THE THIRTEENTH COURT OF APPEALS

13-23-00536-CV

Jose Ramiro Meza

v.

Diane C. Holland, Individually and as Statutory Beneficiaries of the Estate of Samuel Wayne Holland, Deceased and as Personal Representative of the Estate of Samuel Wayne Holland, Deceased

On Appeal from the
347th District Court of Nueces County, Texas
Trial Court Cause No. 2018DCV-3062-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 11, 2024